**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| JAMES JOSEPH GAGLIARDI, JOAN GAGLIARDI, | NO. 09-29553 |
| | JUDGE: Black (Joliet) |
| DEBTOR | |

**STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

Metlife Home Loans, a division of Metlife Bank, N.A., through its counsel, files the attached statement of outstanding obligations due from the debtors James Joseph Gagliardi and Joan Gagliardi, Chapter 13 Case Number 09-29553.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  Accordingly, any information with which you provide this office can and may be used to collect that debt.

| | | |
|---|---|---|
| 03/10-04/10 monthly payments at $3,159.80 each | = $ | 6,319.60 |
| Accrued Late Charges | =$ | 221.24 |
| Escrow Shortage | =$ | 216.72 |
| TOTAL DUE | = $ | 6,757.56 |

        Respectfully submitted,

        /s/ Michael J. Kalkowski
        Attorney for Metlife Home Loans a division of Metlife Bank, N.A.

Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
09-026925

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**